**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 24-cv-03066-REB-SBP

VIRGINIA CHAU,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

---

**STIPULATED MOTION TO DISMISS DEFENDANTS LÓPEZ AND DAVIDSON**

---

Plaintiff Virginia Chau and Defendants Paul López and R. Todd Davidson, by and through their respective undersigned counsel of record, hereby stipulate to the dismissal <u>with prejudice</u> of Plaintiff's claims against Defendants Paul López and R. Todd Davidson, with each party to pay their own attorneys' fees and costs.

WHEREFORE, Plaintiff and Defendants López and Davidson respectfully move this Court for an Order granting the dismissal with prejudice of all claims against Defendants López and Davidson, each party to pay their own attorneys' fees and costs.

Dated this 10th day of September 2025.

| | |
|---|---|
| *s/ David A. Lane* | *s/ Sherri Catalano* |
| David A. Lane | Sherri Catalano |
| Liana Orshan | Chad Trulli |
| Killmer Lane, LLP | Denver City Attorney's Office |
| 1543 Champa Street, Suite 400 | Employment and Labor Law Section |
| Denver, CO 80202 | 201 W. Colfax Ave., Dept. 1108 |
| Phone: (303) 571-1000 | Denver, Colorado 80202 |

Fax: (303) 571-1001
dlane@killmerlane.com
lorshan@killmerlane.com

*Counsel for Plaintiffs*

Phone: (720) 913-3125
sherri.catalano@denvergov.org
chad.trulli@denvergov.org

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

  I certify that on this 10th day of September 2025, I filed the foregoing via CM/ECF which will generate a notice and service on the following:

Sherri Catalano
Chad Trulli
Denver City Attorney's Office
Employment and Labor Law Section
201 W. Colfax Ave., Dept. 1108
Denver, Colorado 80202
Telephone: (720) 913-3125
sherri.catalano@denvergov.org
Chad.Trulli@denvergov.org

              *s/ Charlotte Bocquin Scull*
              Paralegal