IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 24-cv-3066-REB-SBP

VIRGINIA CHAU,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
PAUL LÓPEZ, in his official and individual capacities, and
R. TODD DAVIDSON, in his official and individual capacities,

    Defendants.

## ORDER DISMISSING DEFENDANTS LÓPEZ AND DAVIDSON

**Blackburn, J.**

The matter before the court is the **Stipulated Motion To Dismiss Defendants López and Davidson** [#22],[1] filed September 10, 2025.  Having considered the motion and the file, I find the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Defendants López and Davidson** [#22], filed September 10, 2025 is granted;

2. That plaintiff's claims against defendants Paul López, in his official and individual capacities, and R. Todd Davidson, in his official and individual capacities, are dismissed with prejudice, with the parties to bear their own attorney fees and costs;

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3.  That at the time judgment enters, judgment with prejudice shall enter on behalf of defendants, Paul López, in his official and individual capacities, and R. Todd Davidson, in his official and individual capacities, and against plaintiff Virginia Chau, as to all claims and causes of action asserted against them herein; and

4.  That defendants Paul López, in his official and individual capacities, and R. Todd Davidson, in his official and individual capacities, are dismissed as named parties to this action, and the case caption is amended accordingly.

Dated September 11, 2025, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge